UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Michael R. Johns,

       Petitioner,

vs.                                                    ORDER

R.L. Morrison, Warden,

       Respondent.                        Civ. No. 06-612 (JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Petition for a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. §2241 [Docket No. 1] is granted.

2. That the Respondent is directed to reconsider the date when Petitioner should be assigned to a CCC, in light of the criteria set forth in Title 18 U.S.C. § 3621(b) and without regard to 28 C.F.R. §§ 570.20 and .21.

                                                          BY THE COURT:

DATED: May 10, 2006                             s/ Joan N. Ericksen
                                                          Judge Joan N. Ericksen
                                                          United States District Court